FILED
2005 Mar-29 PM 12:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
U.S. COURTHOUSE
FOLEY SQUARE, NEW YORK, NEW YORK 10007

05 MAR 25 PM 12:26

Re: United States of America
vs.
Phyllis Harris

Docket No. 03 CR 1247

Dear Clerk:

Pursuant to the Transfer of Jurisdiction, entered in this cause, enclosed herewith, are the following documents:

(1) Certified copy of Transfer of Jurisdiction.
(2) Certified copy of Judgment and Order of Probation.
(3) Certified copy of Information and Waiver of Indictment.

Your acknowledgment of receipt of the above documents on the copy of this letter will be appreciated.

Sincerely,

J. MICHAEL McMAHON,    CLERK

BY _____
DEPUTY CLERK

Certified Mail# 70020860 0000 7603523

_____

RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN:

ASSIGNED CASE NO:_____        Clerk, U.S. District Court

DATE:_____                    By:_____
                                       Deputy Clerk

| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| | TRANSFER OF JURISDICTION | | 3 CR 1247-01 |
| | | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
| PHYLLIS HARRIS<br>5812 WATERSTONE POINT<br>BIRMINGHAM, ALABAMA 35244 | SOUTHERN DISTRICT OF NEW YORK | PROBATION | |
| | NAME OF SENTENCING JUDGE | | |
| | HONORABLE THEODORE H. KATZ | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>DECEMBER 1, 2004 | TO<br>NOVEMBER 30, 2005 |

OFFENSE

MAKING A FALSE STATEMENT ON A UNION REPORT IN VIOLATION OF 29 USC 439(B).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ALABAMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 21, 2005
Date                                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/10/05
Effective Date                                          United States District Judge

FILED U.S. DISTRICT COURT FEB 18 2005 S.D. OF N.Y.

FILED MAR 2005 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

         - v. -

PHYLLIS HARRIS,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

INFORMATION

03 Cr.

03 CRIM. 1947

COUNT ONE

The United States Attorney charges:

1. At all times material to this Information, SEIU Local 1199, National Health and Human Services Union, was a labor organization in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j).

2. That on or about October 30, 1998, in the Southern District of New York, PHYLLIS HARRIS, the defendant, unlawfully, willfully, and knowingly did make and cause to be made a false statement and representation of material fact knowing it to be false and did fail to disclose a material fact in a report and document required to be filed by SEIU Local 1199, National Health and Human Services Union with the Secretary of Labor pursuant to Title 29, United States Code, Section 431, to wit, the annual financial report form LM-2.

(Title 29, United States Code, Section 439(b).)

/s/ James B. Comey
JAMES B. COMEY
UNITED STATES ATTORNEY

7/28/04 Deft. Pres. W/atty Arnold Keith, & AUSA Wilson Leung Pres. Deft. filed consent to proceed before a Mag. Jud. Deft. pleads guilty. PSI ordered. Sent. set for 12/1/04. Case assigned to Judge Katz.
s/ Mag. J. Katz

12/1/04 Deft Pres. W/atty Arnold Keith & AUSA Virginia Chang Pres. Deft sentence to 1 year Probation. Deft to serve 6 mos home confinement. Deft. fined 500.00 to be paid in monthly installments over period of Probation. $25.00 Spec. Assess.
s/ Mag. J. Katz

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA
v.
PHYLLIS HARRIS

JUDGMENT IN A CRIMINAL CASE

Case Number: 03 CR 1247(THK)

USM Number: _____

Arnold Keith, Esq.
Defendant's Attorney

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) One
- [ ] pleaded nolo contendere to count(s) which was accepted by the court.
- [ ] was found guilty on count(s) after a plea of not guilty.

DOCKETED AS #04, 2163
A JUDGMENT ON 12/6/04

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 29 USC 439(b) | Making a False Statement on a Union Report | 10/30/98 | One |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____
- [ ] Count(s) _____ [ ] is [ ] are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 1, 2004
Date of Imposition of Judgment

_____
Signature of Judge

Theodore H. Katz, United States Magistrate Judge
Name and Title of Judge

December 1, 2004
Date

FILED MAR 25 2005 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA PHYLLIS HARRIS
U.S. DISTRICT COURT FILED DEC 1 2004 S.D. OF N.Y.
MICROFILM -9:00 AM DEC -2 2004

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 4—Probation

—————————————————————————————————————————————————————————————————
                                                                    Judgment—Page __2__ of __4__
DEFENDANT:        Phyllis Harris
CASE NUMBER:      03 CR 1247

# PROBATION

The defendant is hereby sentenced to probation for a term of :    One (1) year Probation.
Defendant shall serve six(6) months home confinement.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

X    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)  the defendant shall support his or her dependents and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page 3 of 4

DEFENDANT: Phyllis Harris
CASE NUMBER: 03 CR 1247(THK)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine**  | **Restitution** |
|--------|----------------|-----------|-----------------|
| TOTALS | $ 25.00        | $ 500.00  | $               |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $  0.00 | $  0.00 |  |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __4__ of __4__

DEFENDANT: PYHLLIS HARRIS
CASE NUMBER: 03 CR 1247

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  [X] Lump sum payment of $ __25.00__ due immediately, balance due

   [ ] not later than _____ , or
   [X] in accordance  [ ] C,  [ ] D,  [ ] E, or  [ ] F below; or

B  [ ] Payment to begin immediately (may be combined with  [ ]C,  [ ]D, or  [ ]F below); or

C  [X] Payment in equal __monthly__ (e.g., weekly, monthly, quarterly) installments of $ __50.00__ over a period of __1 year__ (e.g., months or years), to commence __30__ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ] Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

FILED

MAR 2 5 2005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

CLOSED

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CRIMINAL DOCKET FOR CASE #: 1:03-cr-01247-THK-ALL**
**Internal Use Only**

Case title: USA v. Harris                    Date Filed: 10/20/2003

Assigned to: Magistrate Judge
Theodore H. Katz

**Defendant**

**Phyllis Harris** (1)                       represented by **Arnold P. Keith, Jr.**
*TERMINATED: 12/01/2004*                     Hornstein, Palumbo & Keith
                                             350 Broadway
                                             Suite 1201
                                             New York, NY 10013
                                             (212) 941-7100
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Retained*

**Pending Counts**                           **Disposition**

29:439B.M VIOLATIONS AND                     One year probation; six months home
PENALTIES (FALSE STATEMENT                   confinement; $500.00 fine and $25.00
ON LABOR UNION                               special assessment.
REPORT/FORM)
(1)

**Highest Offense Level (Opening)**

Misdemeanor

**Terminated Counts**                        **Disposition**

None
                                             A TRUE COPY
                                             J. MICHAEL McMAHON, CLERK

**Highest Offense Level (Terminated)**

None                                         BY _____
                                             DEPUTY CLERK

**Complaints**                                              **Disposition**

None

**Plaintiff**

USA                               represented by   **W.S. Wilson Leung**
                                                   UNITED STATES ATTORNEY
                                                   CRIMINAL DIVISION
                                                   1 SAINT ANDREWS PL
                                                   NEW YORK, NY 10007
                                                   212-637-2400
                                                   *LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2003 | 1 | INFORMATION - Misdemeanor as to Phyllis Harris (1) count(s) 1 (jm) (Entered: 10/21/2003) |
| 10/20/2003 |   | **Added Government Attorney W.S. Wilson Leung (jm) (Entered: 10/21/2003) |
| 03/18/2004 |   | ORAL ORDER as to Phyllis Harris adjourning matter until 6/16/04. Time excluded from 3/17/04 until 6/16/04.. (Signed by Judge Henry B. Pitman on 3/17/04)(jm, ) (Entered: 03/22/2004) |
| 07/28/2004 | 3 | CONSENT TO TRIAL BEFORE US MAGISTRATE JUDGE by Phyllis Harris. (jm, ) (Entered: 08/02/2004) |
| 07/28/2004 |   | Minute Entry for proceedings held before Judge Theodore H. Katz :Initial Appearance as to Phyllis Harris held on 7/28/2004. (jm, ) (Entered: 08/02/2004) |
| 07/28/2004 |   | Minute Entry for proceedings held before Judge Theodore H. Katz : Defendant present with attorney Arnold Keith. AUSA Wilson Leung also present. Defendant filed Consent to Proceed Before A Magistrate Judge.Arraignment as to Phyllis Harris (1) Count 1 held on 7/28/2004. Plea entered by Phyllis Harris (1) Guilty as to Count 1., as to Phyllis Harris. PSI Ordered. Sentencing set for 12/1/2004 09:00 AM before Magistrate Judge Theodore H. Katz. (jm, ) (Entered: 08/02/2004) |
| 07/28/2004 |   | ORDER FOR PRE-SENTENCE INVESTIGATION REPORT as to Phyllis Harris .(jm, ) (Entered: 08/02/2004) |
| 08/02/2004 | 2 | NOTICE OF ATTORNEY APPEARANCE: Arnold P. Keith Jr. appearing |

| | | |
|---|---|---|
| | | for Phyllis Harris. (jm, ) (Entered: 08/02/2004) |
| 12/01/2004 | ○ | Payment of Fine from Phyllis Harris in the amount of $525.00. Date Received: 12/1/04. (mn, ) (Entered: 12/01/2004) |
| 12/01/2004 | ○ | Minute Entry for proceedings held before Judge Theodore H. Katz :Sentencing held on 12/1/2004 for Phyllis Harris (1) Count 1. Defendant present with attorney Arnold Keith; AUSA Virginia Chavez also present. Defendant is sentenced to one (1) year probation. Defendant is to serve 6 months home confinement. Defendant fined $500.000 to be paid in monthly installments over period of probation. $25.00 special assessment. (jm, ) (Entered: 12/02/2004) |
| 12/01/2004 | ○4 | JUDGMENT as to Phyllis Harris (1), Count(s) 1, One year probation; six months home confinement; $500.00 fine and $25.00 special assessment.. (Signed by Judge Theodore H. Katz on 12/1/04)(jm, ) (Entered: 12/02/2004) |
| 12/01/2004 | | ***Terminated defendant Phyllis Harris..(jm, ) (Entered: 12/02/2004) |
| 12/01/2004 | | ***Case Terminated as to Phyllis Harris..(jm, ) (Entered: 12/02/2004) |
| 12/01/2004 | ○ | Judgment entered in money judgment book as #04,2163 as to Phyllis Harris in the amount of $ 525.00, re: [4] Judgment. (dt, ) (Entered: 12/06/2004) |
| 12/06/2004 | ○ | Judgment entered in money judgment book as #04,2163 as to Phyllis Harris in the amount of $ 525.00, re: [4] Judgment. (pr, ) (Entered: 12/22/2004) |
| 12/14/2004 | | ***Judgment Index Record Added # 04,2163 as to Phyllis Harris in the amount of $ 525.00, re: [4] Judgment.(ja, ) (Entered: 12/17/2004) |
| 12/14/2004 | ○5 | SATISFACTION OF JUDGMENT as to Phyllis Harris re [4] Judgment, in the amount of $525.00. Judgment satisfied on 12/14/04. (ja, ) (Entered: 12/17/2004) |
| 02/18/2005 | ○6 | Probation Jurisdiction Transferred Out to the U.S.D.C. Northern District of Alabama as to Phyllis Harris. (jw, ) (Entered: 03/21/2005) |
| 02/18/2005 | ○ | TRANSFER OUT PROBATIONER DOCUMENTS SENT as to Phyllis Harris to the U.S.D.C. Northern District of Alabama. The following documents were mailed: Copy of the Transfer of Jurisdiction Form, certified copy of the indictment/information, certified copy of the docket sheet, and letter of acknowledgment. Mailed via Certified Mail Receipt # 70020860000076013523 on 2/18/05. (jw, ) (Entered: 03/21/2005) |

CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-01247-THK-ALL
### Internal Use Only

Case title: USA v. Harris                              Date Filed: 10/20/2003

Assigned to: Magistrate Judge
Theodore H. Katz

**Defendant**

**Phyllis Harris** (1)                    represented by   **Arnold P. Keith, Jr.**
*TERMINATED: 12/01/2004*                                   Hornstein, Palumbo & Keith
                                                           350 Broadway
                                                           Suite 1201
                                                           New York, NY 10013
                                                           (212) 941-7100
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Retained*

**Pending Counts**                                         **Disposition**

29:439B.M VIOLATIONS AND
PENALTIES (FALSE STATEMENT                                 One year probation; six months home
ON LABOR UNION                                             confinement; $500.00 fine and $25.00
REPORT/FORM)                                               special assessment.
(1)

**Highest Offense Level (Opening)**

Misdemeanor

**Terminated Counts**                                      **Disposition**

None

**Highest Offense Level (Terminated)**

None

## Complaints

None

## Disposition

## Plaintiff

USA            represented by **W.S. Wilson Leung**
UNITED STATES ATTORNEY
CRIMINAL DIVISION
1 SAINT ANDREWS PL
NEW YORK, NY 10007
212-637-2400
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2003 | 1 | INFORMATION - Misdemeanor as to Phyllis Harris (1) count(s) 1 (jm) (Entered: 10/21/2003) |
| 10/20/2003 | | **Added Government Attorney W.S. Wilson Leung (jm) (Entered: 10/21/2003) |
| 03/18/2004 | ● | ORAL ORDER as to Phyllis Harris adjourning matter until 6/16/04. Time excluded from 3/17/04 until 6/16/04.. (Signed by Judge Henry B. Pitman on 3/17/04)(jm, ) (Entered: 03/22/2004) |
| 07/28/2004 | ●3 | CONSENT TO TRIAL BEFORE US MAGISTRATE JUDGE by Phyllis Harris. (jm, ) (Entered: 08/02/2004) |
| 07/28/2004 | ● | Minute Entry for proceedings held before Judge Theodore H. Katz :Initial Appearance as to Phyllis Harris held on 7/28/2004. (jm, ) (Entered: 08/02/2004) |
| 07/28/2004 | ● | Minute Entry for proceedings held before Judge Theodore H. Katz : Defendant present with attorney Arnold Keith. AUSA Wilson Leung also present. Defendant filed Consent to Proceed Before A Magistrate Judge.Arraignment as to Phyllis Harris (1) Count 1 held on 7/28/2004. Plea entered by Phyllis Harris (1) Guilty as to Count 1., as to Phyllis Harris. PSI Ordered. Sentencing set for 12/1/2004 09:00 AM before Magistrate Judge Theodore H. Katz. (jm, ) (Entered: 08/02/2004) |
| 07/28/2004 | ● | ORDER FOR PRE-SENTENCE INVESTIGATION REPORT as to Phyllis Harris .(jm, ) (Entered: 08/02/2004) |
| 08/02/2004 | ●2 | NOTICE OF ATTORNEY APPEARANCE: Arnold P. Keith Jr. appearing |

| | | |
|---|---|---|
| | | for Phyllis Harris. (jm, ) (Entered: 08/02/2004) |
| 12/01/2004 | ○ | Payment of Fine from Phyllis Harris in the amount of $525.00. Date Received: 12/1/04. (mn, ) (Entered: 12/01/2004) |
| 12/01/2004 | ○ | Minute Entry for proceedings held before Judge Theodore H. Katz :Sentencing held on 12/1/2004 for Phyllis Harris (1) Count 1. Defendant present with attorney Arnold Keith; AUSA Virginia Chavez also present. Defendant is sentenced to one (1) year probation. Defendant is to serve 6 months home confinement. Defendant fined $500.000 to be paid in monthly installments over period of probation. $25.00 special assessment. (jm, ) (Entered: 12/02/2004) |
| 12/01/2004 | ○4 | JUDGMENT as to Phyllis Harris (1), Count(s) 1, One year probation; six months home confinement; $500.00 fine and $25.00 special assessment.. (Signed by Judge Theodore H. Katz on 12/1/04)(jm, ) (Entered: 12/02/2004) |
| 12/01/2004 | | ***Terminated defendant Phyllis Harris..(jm, ) (Entered: 12/02/2004) |
| 12/01/2004 | | ***Case Terminated as to Phyllis Harris..(jm, ) (Entered: 12/02/2004) |
| 12/01/2004 | ○ | Judgment entered in money judgment book as #04,2163 as to Phyllis Harris in the amount of $ 525.00, re: [4] Judgment. (dt, ) (Entered: 12/06/2004) |
| 12/06/2004 | ○ | Judgment entered in money judgment book as #04,2163 as to Phyllis Harris in the amount of $ 525.00, re: [4] Judgment. (pr, ) (Entered: 12/22/2004) |
| 12/14/2004 | | ***Judgment Index Record Added # 04,2163 as to Phyllis Harris in the amount of $ 525.00, re: [4] Judgment.(ja, ) (Entered: 12/17/2004) |
| 12/14/2004 | ○5 | SATISFACTION OF JUDGMENT as to Phyllis Harris re [4] Judgment, in the amount of $525.00. Judgment satisfied on 12/14/04. (ja, ) (Entered: 12/17/2004) |
| 02/18/2005 | ○6 | Probation Jurisdiction Transferred Out to the U.S.D.C. Northern District of Alabama as to Phyllis Harris. (jw, ) (Entered: 03/21/2005) |
| 02/18/2005 | ○ | TRANSFER OUT PROBATIONER DOCUMENTS SENT as to Phyllis Harris to the U.S.D.C. Northern District of Alabama. The following documents were mailed: Copy of the Transfer of Jurisdiction Form, certified copy of the indictment/information, certified copy of the docket sheet, and letter of acknowledgment. Mailed via Certified Mail Receipt # 70020860000076013523 on 2/18/05. (jw, ) (Entered: 03/21/2005) |